UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YSELA SANDOVAL,

                Petitioner,

v.

WARDEN,

                Respondent.

CASE NO. 2:24-cv-00789-JLR-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's federal habeas Petition is dismissed without prejudice.

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Honorable Grady J. Leupold.

**DATED** this 9th day of September, 2024.

                                          JAMES L. ROBART
                                          United States District Judge